

FILED

07/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0281

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0281

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DARRION LEE KRISTOPHER ZAVALA,

      Defendant and Appellant.

FILED

JUL 2 8 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

The parties, in accordance with M. R. App. P. 16(5), stipulate and move for an order remanding this proceeding to the district court with instructions to issue an amended judgment that (1) adds a requirement to review Zavala's sentence under the Criminally Convicted Youth Court Act (CCYA) prior to turning age 21, and (2) strikes Condition 13(f) that imposed $800.00 in counsel costs. The parties agree to dismissal of the remainder of the appeal with prejudice.

Zavala, at age 16, was charged in the Thirteenth Judicial District Court, Yellowstone County, as an adult with Sexual Intercourse Without Consent. At sentencing, the District Court orally pronounced, "The Court is going to require that your sentence be reassessed at age 21." This oral order was consistent with the terms of the CCYA. Section 41-5-2503(2), MCA. Zavala's written judgment, however, did not contain the District Court's oral order.

Also at sentencing, the District Court imposed $800.00 in counsel costs without inquiring of Zavala's ability to pay. Zavala is an incarcerated youth and maintains he lacks the ability to pay counsel costs.

Based upon the parties' stipulation,

IT IS HEREBY ORDERED that this matter is remanded to the District Court with instructions to issue an amended judgment that (1) adds a requirement to review Zavala's sentence prior to age 21 pursuant to the CCYA, and (2) strikes $800.00 in counsel costs

imposed Condition 13(f) in the judgment.

IT IS FURTHER ORDERED that this appeal is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this order to all counsel of record and the Clerk of the District Court. THE CLERK OF THE DISTRICT COURT IS DIRECTED TO SEND A CERTIFIED COPY OF THE AMENDED JUDGMENT TO THE RECORDS DEPARTMENT OF THE DEPARTMENT OF CORRECTIONS.

DATED this 28ᵗʰ day of July, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices